

# Civil Action Group, Ltd.
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776  Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 110706-0001
03-May-2011

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

MOSS & BARNETT
Attn: Mr. Andrew L. Backlund
90 S Seventh St, Suite 4800
Minneapolis, MN  55402-4129

Case Name:       Mary Miller  v  Rubin & Rothman, LLC
Attorney File #:   10808
Subject:         Iwanski/EXPERIAN INFORM
Location:        Dallas, TX

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 03-May-2011 | Deposition Transcript Copy | 42 | 4.55 | 191.10 | | |
| 03-May-2011 | Shipping/Handling | 1 | 13.00 | 13.00 | | |
| 03-May-2011 | Condensed Transcript | 1 | 25.00 | 25.00 | | |
| 03-May-2011 | Exhibits | 64 | 0.65 | 41.60 | | |
| 03-May-2011 | Email of Transcript | 1 | 25.00 | 25.00 | | |
| | Total Charges: | | | 295.70 | | |

**Balance Due:** $295.70



EXHIBIT A

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
Federal Tax ID: 41-1954233

Page 1 of 1