# Neil K. Johnson Agency

Suite 300  
325 Cedar Street  
Saint Paul, MN 55101  
(651) 681-8550

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2011 | 2801 |

Bill To:

JAMES R. BEDELL  
Attorney at Law  
Suite 4800  
90 South Seventh Street  
Minneapolis, MN  55402

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | MILLER vs. RUBIN & ROTHMAN | | | |
| DEPOSITION ... | Original and one copy of the EXPEDITED deposition of MARY MILLER taken on the 20th day of March 2011. | 1 | 669.50 | 669.50 |
| HOURS | Reporter's Hours | 4 | 40.00 | 160.00 |
| EXHIBITS | Exhibits | 106 | 0.30 | 31.80 |
| DELIVERY | Mailing/Delivery/Courier/Electronic | 1 | 25.00 | 25.00 |

EXHIBIT B

THANK YOU

Please make check payable to:  
NEIL K. JOHNSON - 26-1702758

**Total** $886.30

4/6/2011