# Legal Ease Reporting, Inc.
*COURT REPORTING & LITIGATION SUPPORT*
*600 Old Country Road, Suite 203*
*Garden City, New York 11530*
*(516) 228-0080   (516) 228-0090 fax*
*www.legaleasereporting.com*

James R. Bedell, Esq.　　　　　　　　　　　April 19, 2011
Moss & Barnett
4800 Wells Fargo Center　　　　　　　　　**Invoice#** 20110411
90 South Seventh Street
Minneapolis, MN. 55402　　　　　　　　　**Balance:**　　$348.35

**Re:** Miller -v- Rothman
　　　on 03/09/11

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of: Keith Rothman | 333.35 |
| 113 Pages @ $2.95pp　　(US District Court) | |
| Postage/Delivery | 15.00 |



P l e a s e　　R e m i t　　- - - >　　Total Due:　　$348.35

*Thank you in advance for prompt payment.*
*E.I.N. Number 33-1068038*